ACCEPTED
03-14-00240-cr
6846815
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/9/2015 1:44:28 PM
JEFFREY D. KYLE
CLERK

# NO. 03-14-00240-CR

IN THE COURT OF APPEALS FOR THE THIRD JUDICIAL DISTRICT
OF TEXAS, AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/9/2015 1:44:28 PM
JEFFREY D. KYLE
Clerk

## BRENDA KING

Appellant

## THE STATE OF TEXAS

Appellee

On Appeal from the 22nd District Court of Hays County in Cause No.
CR-12-1083, the Hon. Bill Henry, Judge Presiding

# AMENDED STATEMENT REGARDING COMPLIANCE WITH TEX.R.APP.PRO 48.4

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 48.4, I hereby certify that I have

sent notification of the opinion and judgment of the Court of Appeals

along with notification of the defendant's right to file a *pro se* petition

for discretionary review under Rule 68, via certified mail, return

receipt requested, to Brenda Elaine King, Appellant, at her last known

address on August 25, 2015, which was returned by the US Postal

Service, with the notation: "Refused Unable To Forward," as indicated in

the attached Exhibit A.

I further certify that on September 9, 2015, I obtained a current address for defendant and have resent notification of the opinion and judgment of the Court of Appeals along with notification of the defendant's right to file a *pro se* petition for discretionary review under Rule 68, via certified mail, return receipt requested, to Brenda Elaine King, Appellant, at her current address as follows:

**BRENDA KING #01917504**
**CHRISTINA MELTON CRAIN UNIT**
**1401 STATE SCHOOL ROAD**
**GATESVILLE, TX 76599-2999**

Respectfully submitted,

Robert A. Caine

# Certificate of Compliance and Delivery

This is to certify that a true and correct copy of the above and foregoing "AMENDED STATEMENT REGARDING COMPLIANCE WITH TEX.R.APP.PRO 48.4," was delivered via electronic mail to Angie Robert (angie.roberts.co.hays.tx.us), counsel for the State.

Robert A. Caine

## EXHIBIT A

Notice of postal return of certified mail, containing the Notification to Appellant of the opinion and judgment of the Court of Appeals, along with notification of the defendant's right to file a pro se petition for discretionary review under Rule 68.



# EXHIBIT B

Resent Notification to Appellant (at her current address) of the opinion and judgment of the Court of Appeals, along with notification of the defendant's right to file a pro se petition for discretionary review under Rule 68, along with certified mail receipt.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6-96 |

Postmark Here

9.9.15

Sent To Brenda King

Street, Apt. No.; or PO Box No. Christian Melton Grain hout

City, State, ZIP+4 1401 State School Rd Gatesville TX 76599

PS Form 3800, August 2006        See Reverse for Instructions